UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KATHERINE HAMPTON | § § § | |
| V. | § § | CIVIL ACTION NO. 5:22-cv-00083 |
| WILLIAM HEFNER & QUALITY CARRIERS, INC. | § § § | |

### INDEX OF STATE COURT MATERIALS

| No. | Date Filed or Entered | Document |
|---|---|---|
| A | | Docket Sheet |
| A-1 | 8/16/2021 | Plaintiff's Original Petition |
| A-2 | 1/4/2022 | Request for Service and Process |
| A-3 | 1/4/2022 | Amended Request for Process |
| A-4 | 1/10/2022 | Return of Service – William Hefner |
| A-5 | 1/13/2022 | Return of Service – Quality Carriers, Inc |
| A-6 | 1/24/2021 | Defendant's Original Answer |
| A-7 | 1/24/2021 | Defendant's Jury Demand |
| A-8 | | Defendant's Notice of Filing Notice of Removal |

1