UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **KATHERINE HAMPTON** | § § § | |
| **V.** | § § | **CIVIL ACTION NO. 5:22-cv-00083** |
| **WILLIAM HEFNER &** | § § | |
| **QUALITY CARRIERS, INC.** | § | **JURY DEMANDED** |

## LIST OF PARTIES & ATTORNEYS

**Plaintiff:**

KATHERINE HAMPTON

**Attorneys for Plaintiffs**

David L. Treat (Of Counsel)
State Bar No. 20205300
davidt@davislaw.com

Davis Law Firm
10500 Heritage Blvd. Suite 102
San Antonio, Texas 78216
(210)444-4444
Fax No. (210)568-8419

**Defendants:**

WILLIAM HEFNER
QUALITY CARRIERS, INC.

**Attorneys for Defendants:**

John A. Guerra
State Bar No. 08576180
jguerra@brock.law

A.J. Dimaline, IV
State Bar No. 05879075
adimaline@brock.law

BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.
17339 Redland Road
San Antonio, Texas  78247-2304
(210) 979-0100 Telephone
(210) 979-7810 Facsimile