IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO          DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2021CI16582; Katherine Hampton v. William Hefner & Quality Carriers, Inc.
   In the District Court, 407th Judicial District, Bexar County, Texas

2. Was jury demand made in State Court?     Yes [x]       No [ ]

   If yes, by which party and on what date?

   Defendants William Hefner & Quality Carriers, Inc.                          1/24/22
   Party Name                                                                   Date

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Plaintiff, Katherine Hampton
   Attorneys: David L. Treat (Of Counsel), Davis Law Firm, 10500 Heritage Blvd., Suite 102, San Antonio, Texas 78216
   (210) 444-4444 phone; (210) 568-8419 fax

   Defendants: William Hefner & Quality Carriers, Inc.
   Attorneys: John A. Guerra & A. J. Dimaline, IV, Brock Guerra Strandmo Dimaline Jones, P.C., 17339 Redland Road, San Antonio, Texas 78247 (210) 979-0100 phone; (210) 979-7810 fax

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

_[signature]_                                                                 2/3/22
Attorney for Removing Party                                                   Date

Defendants William Hefner & Quality Carriers, Inc.
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)