407th District Court

# Case Summary

Case No. 2021CI16582

| | | | |
|---|---|---|---|
| **KATHERINE HAMPTON VS WILLIAM HEFNER ET AL** | § § § | Location: | **407th District Court** |
| | | Judicial Officer: | **407th, District Court** |
| | | Filed on: | **08/16/2021** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | MOTOR VEHICLE ACCIDENT |
| | Case Status: | **08/16/2021**   Pending |

## Assignment Information

**Current Case Assignment**
Case Number     2021CI16582
Court           407th District Court
Date Assigned   08/16/2021
Judicial Officer  407th, District Court

## Party Information

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | HAMPTON, KATHERINE | **TREAT, DAVID LAWRENCE**<br>*Retained* |
| **Defendant** | HEFNER, WILLIAM | **GUERRA, JOHN A**<br>*Retained* |
| | QUALITY CARRIERS INC | **GUERRA, JOHN A**<br>*Retained* |

## Events and Orders of the Court

| | |
|---|---|
| 08/16/2021 | New Cases Filed (OCA) |
| 08/16/2021 | PETITION |
| 08/16/2021 | JURY FEE PAID |
| 08/30/2021 | **Citation**<br>HEFNER, WILLIAM<br>Unserved<br>QUALITY CARRIERS INC<br>Unserved |
| 01/04/2022 | REQUEST FOR SERVICE AND PROCESS |
| 01/04/2022 | AMENDED<br>    *REQUEST FOR PROCESS* |
| 01/05/2022 | **Citation**<br>HEFNER, WILLIAM<br>Served: 01/08/2022<br>QUALITY CARRIERS INC<br>Served: 01/06/2022 |
| 01/10/2022 | RETURN OF SERVICE - SUCCESSFUL |

EXHIBIT A

**407th District Court**

**Case Summary**

**Case No. 2021CI16582**

*WILLIAM HEFNER*

01/13/2022   RETURN OF SERVICE - SUCCESSFUL
  *QUALITY CARRIERS INC*

01/24/2022   ORIGINAL ANSWER OF
  *WILLIAM HEFNER and QUALITYCARRIERS INC*

01/24/2022   JURY DEMAND JURY FEE NOT PAID