FILED
1/4/2022 12:00 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Krystal Torres
Bexar County - 407th District Court



Cause Number: _____

District Court : _____

# Mary Angie Garcia
# Bexar County District Clerk

## Request for Process

**Style:** _____ **Vs.** _____

**Request the following process:** (Please check all that Apply)

☐ Citation ☐ Notice ☐ Temporary Restraining Order ☐ Notice of Temporary Protective Order
☐ Temporary Protective Order ☐ Precept with hearing ☐ Precept with*out* a hearing ☐ Writ of Attachment
☐ Writ of Habeas Corpus ☐ Writ of Garnishment ☐ Writ of Sequestration ☐ Capias ☐ Other: _____

**1.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**2.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐*Private Process* ☐*Sheriff* ☐*Publication* (Check One) ☐*Commercial Recorder* ☐*Hart Beat* ☐*Courthouse Door*
☐*Certified Mail* ☐ *Registered Mail* ☐*Out of County* ☐*Secretary of State* ☐*Commissioner of Insurance*

**Title of Document/Pleading to be Attached to Process:** _____
_____

**Name of Attorney/Pro se:** _____ **Bar Number:** _____
**Address:** _____ **Phone Number:** _____
_____

**Attorney for Plaintiff** _____ **Defendant** _____ **Other** _____

*****IF SERVICE IS NOT PICKED UP WITHIN 14 BUSINESS DAYS, SERVICE WILL BE DESTROYED*****

EXHIBIT A-2